BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant Megan J. Brennan,
Postmaster General of the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN WHELAN,<br><br>          Plaintiff,<br><br>     v.<br><br>MEGAN J. BRENNAN, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, and DOES 1-20 inclusive,<br><br>          Defendants. | CASE NO. 2:14-cv-01096-TLN-CKD (PS)<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND [PROPOSED] ORDER** |

NOTICE IS HEREBY GIVEN that Megan J. Brennan has replaced Patrick R. Donahoe as Postmaster General of the United States.  Accordingly, pursuant to Fed. R. Civ. P. 25(d), Megan J. Brennan is substituted as Defendant, and all further proceedings in this action shall "be in the substituted party's name."

                                                            Respectfully submitted,

DATED:  February 10, 2015                    BENJAMIN B. WAGNER
                                                            United States Attorney

                                                      By:   /s/ Chi Soo Kim
                                                            CHI SOO KIM
                                                            Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  February 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

*Whelan v. Brennan*, No. 2:14-cv-01096 TLN-CKD (*Whelan III*)
**NOTICE OF SUBSTITUTION OF DEFENDANT AND [PROPOSED] ORDER**

2