BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant Megan J. Brennan,
Postmaster General of the United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN WHELAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MEGAN J. BRENNAN, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, and DOES 1-20 inclusive,<br><br>    Defendants. | CASE NO. 2:14-cv-01096-TLN-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADVANCE THE SETTLEMENT CONFERENCE**<br><br>Date:   February 24, 2015<br>Time:   10:00 a.m.<br>Judge:  The Hon. Edmund F. Brennan<br>Crtrm:  8, 13th Floor |

Defendant Megan J. Brennan, Postmaster General of the United States, and Plaintiff Helen Whelan stipulate to and respectfully request advancing the settlement conference currently scheduled for February 26, 2015 at 10:00 a.m., to February 24, 2015 at 10:00 a.m.  [Dkt 24]  The parties' respective confidential settlement conference statements remain due seven (7) days before the settlement conference and the parties understand that their confidential settlement conference statements will now be due on February 17, 2015.

Respectfully submitted,

DATED:  February 11, 2015

BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

DATED: February 11, 2015

*/s/ Helen Whelan*

HELEN WHELAN
Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: February 12, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*Whelan v. Brennan*, No. 2:14-cv-01096 TLN-CKD (*Whelan III*)
**STIPULATION AND [PROPOSED] ORDER TO ADVANCE THE SETTLEMENT CONFERENCE**

2