UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELEN WHELAN,

        Plaintiff,

  v.

MEGAN BRENNAN,

        Defendant.

No. 2:14-cv-1096 TLN CKD PS

ORDER

Plaintiff has filed a motion for default judgment.[1]  Plaintiff contends that defendant filed an untimely answer.  Although plaintiff asserts that defendant was served electronically on May 5, 2014, plaintiff has not provided evidence of when the defendant was properly served with summons in compliance with Federal Rule of Civil Procedure 4.  Moreover, defendant filed a motion to dismiss, which was granted by the District Judge on November 18, 2014.  Defendant thereafter filed an answer on February 11, 2015.  Under these circumstances, entry of default judgment is inappropriate.

/////

/////

---

[1] Plaintiff is reminded that this matter is set for status conference on March 11, 2015 at 10:00 a.m. in courtroom no. 24.  Scheduling of this action will take place at that time.  Status reports are due no later than March 4, 2015.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for default judgment (ECF No. 38) is denied.

Dated:  March 4, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 whelan.def