UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELEN WHELAN,

        Plaintiff,

  v.

MEGAN BRENNAN,

        Defendant.

No. 2:14-cv-1096 TLN CKD PS

ORDER

Plaintiff has filed a motion reconsideration of this court's order denying plaintiff's motion for default judgment. The court finds no basis for reversal of its prior order.

Accordingly, IT IS HEREBY ORDERED that plainitff's motion for reconsideration (ECF No. 44) is denied.

Dated: March 18, 2015

                CAROLYN K. DELANEY
                UNITED STATES MAGISTRATE JUDGE

4 whelan1096.rec