UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN WHELAN, | No. 2:14-cv-1096 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| MEGAN BRENNAN, | |
| Defendant. | |

Plaintiff has filed a motion for clarification of the court's order denying a motion for reconsideration. The court declines to elaborate further on the grounds for denial of the motion for reconsideration in that the record fully supports the court's finding that entry of default judgment against defendant is not warranted.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for clarification (ECF No. 48) is denied.

Dated: March 27, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 whelan1096.cla